# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Vara Birapaka,                                    Case No. 0: 16-cv-04350-MJD-KMM

    Plaintiff,

v.                                                **ORDER**

United States, John Doe, and John Doe,

    Defendants.

Vara Birapaka, appearing pro se.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated June 30, 2017. Plaintiff objects to the Report and Recommendation's finding that he has not properly served the Defendants.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  July 27, 2017                          s/ Michael J. Davis
                                              Michael J. Davis
                                              United States District Court